925 F.2d 416
 Follansbee-Merion Historic Associates, Follansbee- Miller
Hist. Assoc., Hessman Housing Ltd., Partnership, Hessman V
Housing Ltd. Partnership, Kenver Corp., Hessman Investment
Ltd. Partnership, Robert G. Welch, P.C., Welch (Robert G., Donna J.)
v.
Historical Improvements Ltd. Par., Hist. Improv. Ltd. Part.
III, Hessman V Inv. Ltd. Part., Merbe Corp., B. Dover Corp.,
Schiavo (Charles, Jon), Miller, Phillip, Provident National
Bank, Bender (Dale), Bender Beneral Constr.
 NO. 90-1493
 United States Court of Appeals,
Third Circuit.
 JAN 30, 1991
 
 Appeal From: E.D.Pa.,
 Giles, J.
 
 
 1
 AFFIRMED.